IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUSSIE TARRANT, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-00664 |
| | ) JUDGE HAYNES |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for partial dismissal of Plaintiff's complaint (Docket Entry No. 5) is **DENIED** in part.

It is so **ORDERED**.

ENTERED this the 24th day of October, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge