IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUSSIE TARRANT, | ) |
| | ) |
| Plaintiff, | ) NO. 3:11-00664 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Based upon the parties' joint stipulation of dismissal of all claims with prejudice (Docket Entry No. 24), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 5th day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge